UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH DECKER,

    Plaintiff,

v.

ERIC ZABOR,

    Defendant.

Case No. 3:18-cv-01295-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    Plaintiff Joseph Decker has moved to voluntarily dismiss his own case. (ECF No. 20.) Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows Decker to dismiss his case without a court order so long as the opposing part has not yet served an answer or motion for summary judgment—which they have not. Since the requirements of the rule are met, the Court **GRANTS** Decker's motion to dismiss (ECF No. 20) and **FINDS** that this case is **DISMISSED WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: FEBRUARY 28, 2019**

                                            *s/ J. Phil Gilbert*
                                            **J. PHIL GILBERT**
                                            **U.S. DISTRICT JUDGE**